IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cannon, Jo Ann

Printed: 1/15/08

Case Number: 05 B 38238
Judge: Wedoff, Eugene R
Filed: 9/19/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 29, 2007
Confirmed: November 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,100.00 | |
| Secured: | | 5,776.41 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,894.00 |
| Trustee Fee: | | 429.59 |
| Other Funds: | | 0.00 |
| Totals: | 8,100.00 | 8,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Scheinbaum & West LLC | Administrative | 1,894.00 | 1,894.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Fin Acceptance | Secured | 9,475.09 | 4,640.41 |
| 5. | HomeComings Financial Network | Secured | 22,191.82 | 1,136.00 |
| 6. | Illinois Bell Telephone | Unsecured | 98.51 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 26.92 | 0.00 |
| 8. | Wells Fargo Fin Acceptance | Unsecured | 115.15 | 0.00 |
| 9. | Nicor Gas | Unsecured | 90.62 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 11. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 12. | Nextel Communications | Unsecured | | No Claim Filed |
| 13. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 14. | South Suburban Heart Group | Unsecured | | No Claim Filed |
| 15. | Suburban Emergency Physician | Unsecured | | No Claim Filed |
| 16. | Sam Club | Unsecured | | No Claim Filed |
| | | | $ 33,892.11 | $ 7,670.41 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 263.65 |
| 5% | 39.48 |
| 4.8% | 75.63 |
| 5.4% | 50.83 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cannon, Jo Ann | Case Number: 05 B 38238 |
| | Judge: Wedoff, Eugene R |
| Printed: 1/15/08 | Filed: 9/19/05 |

_____
$ 429.59

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____